**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------- x

**RICARDO BENJAMIN SALINAS PLIEGO and CORPORACION RBS S.A. DE C.V.,**

**Plaintiff,**

**-against-**

**JAITEGH SINGH, et al.,**

**Defendants.**

-------------------------------------------------------- x

**1:26-cv-6055 (ALC)**

**ORDER TO SHOW CAUSE WHY A TEMPORARY RESTRAINING ORDER SHOULD NOT BE GRANTED**

Upon the Memorandum of Law in Support of Motion for Preliminary Injunction and Temporary Restraining Order, along with all filings in the above-captioned matter, it is hereby

**ORDERED**, that Defendants show cause before the Honorable Andrew L. Carter, Jr., why an order should not be entered pursuant to Rule 65 of the Federal Rules of Civil Procedure preliminary enjoining Defendants, together with their officers, agents, servants, employees, and attorneys, and any other persons who are in active concert or participation with the foregoing and who receive actual notice of this Order, from:

1) authorizing, permitting, directing, causing, facilitating, or participating in any transfer, withdrawal, dissipation, assignment, or other disposition of any funds from any of the "Covered Accounts," as defined in ECF No. 23;
2) authorizing, permitting, directing, causing, facilitating, or participating in any transfer of the "Covered Property," as defined in ECF No. 23; and
3) granting control, access, authority, or ownership of the Covered Accounts or Covered Property to any person or entity who does not presently possess such control, access, authority, or ownership.

Such showing shall be made at a telephonic hearing at 4:00p.m. on Wednesday, July 22, 2026. All parties shall appear and should contact the Court at 1-855*244*8681 (access code: 2305 370 0226#).

It is further **ORDERED** that Plaintiff serve a copy of this Order and all supporting papers, to the extent not previously served, on Defendants or their counsel, on or before 10:00 a.m. on July 20, 2026, by personal service, overnight courier, email to known counsel, ECF where applicable, and/or such other means reasonably calculated to provide notice. Plaintiffs shall promptly file proof of service after service is made.

Plaintiffs' request for an *ex parte* Temporary Restraining Order is **DENIED**. Plaintiffs' motion for leave to file excess pages, ECF No. 29, and motion to seal certain exhibits, ECF No. 22, are **GRANTED**. The Clerk of Court is respectfully directed to terminate ECF Nos. 22, 23, and 29.

**SO ORDERED.**

**Dated:** **New York, New York**
**July 20, 2026**

**ANDREW L. CARTER, JR.**
**United States District Judge**