**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

**RICARDO BENJAMIN SALINAS PLIEGO and CORPORACION RBS S.A. DE C.V.,**

**Plaintiff,**

**-against-**

**JAITEGH SINGH, et al.,**

**Defendants.**

------------------------------------------------------------ x

**1:26-cv-6055 (ALC)**

**<u>ORDER OF ADJOURNMENT</u>**

The Court has granted Defendants' Request for Extensions of Time to Respond to the Motion for a Temporary Restraining Order and Preliminary Injunction. *See* ECF No. 54. As such, Plaintiffs' Motion is not fully briefed. Accordingly, the hearing previously set for August 5, 2026, is ADJOURNED to August 25, 2026, at 2:00pm. All parties shall appear and should contact the Court at 1-855*244*8681 (access code: 2305 370 0226#).

**SO ORDERED.**

**Dated:** **New York, New York**
**August 4, 2026**

**ANDREW L. CARTER, JR.**
**United States District Judge**