**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **RICCARDO BENJAMIN SALINAS PLIEGO and CORPORACION RBS S.A. DE C.V.,** | |
| **Plaintiff,** | **1:26-cv-6055 (ALC)** |
| **-against-** | **ORDER** |
| **JAITEGH SINGH, et al.,** | |
| **Defendants.** | |

Defendants have filed two Motions for Leave to File Excess Pages. ECF Nos. 69, 74. Defendants' Motions are **GRANTED**.

Plaintiffs' request for a conference, ECF No. 42, is **DENIED** as moot. Plaintiffs' Motion to seal, ECF No. 44, is **GRANTED**.

The Clerk of Court is respectfully directed to terminate ECF Nos. 42, 44, 69, 74.

**SO ORDERED.**

**Dated:** **New York, New York**
**August 11, 2026**

**ANDREW L. CARTER, JR.**
**United States District Judge**