**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

**RICADO BENJAMIN SALINAS PLIEGO and CORPORACION RBS S.A. DE C.V.,**

**Plaintiff,**

**-against-**

**JAITEGH SINGH, et al.,**

**Defendants.**

---------------------------------------------------------- x

**1:26-cv-6055 (ALC)**

**ORDER**

For reasons stated on the record at the August 25, 2026, hearing, Plaintiffs' Motions for Temporary Restraining Order and Preliminary Injunction, ECF Nos. 23 and 41, are **DENIED**.

Plaintiffs' request for expedited discovery, ECF No. 86, and request for an extension, ECF No. 78, are **DENIED** as moot. Plaintiffs' Motions to for Leave to File Excess Pages, ECF No. 81, and File Substitute Exhibits, ECF No. 84, are **GRANTED**.

The Clerk of Court is respectfully directed to terminate ECF Nos. 41, 78, 81, 84, and 86.

**SO ORDERED.**

**Dated:** **New York, New York**
**August 25, 2026**

**ANDREW L. CARTER, JR.**
**United States District Judge**