**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Ricardo Benjamin Salinas Pliego, et al.,**

**Plaintiffs,**

**-against-**

**Jaitegh Singh, et al.,**

**Defendants.**

**1:26-cv-06055 (ALC) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following an Initial Pretrial Conference with the parties, and for the reasons stated on the record, it is hereby Ordered as follows:

1. The parties shall meet and confer regarding the discovery Plaintiffs are seeking prior to a decision on Defendants' anticipated motions to dismiss. If the parties cannot agree, Defendants shall file a motion to stay discovery no later than November 13, 2026. Plaintiffs shall file their opposition to the motion to stay no later than November 20, 2026 and Defendants shall file any reply no later than December 2, 2026.
2. The parties may mutually agree to extend the briefing schedule set forth herein, in which case they shall file a joint letter to be "So-Ordered" by the Court.
3. Discovery in this action is stayed pending decision on the anticipated motion to stay.

**SO ORDERED.**

Dated: New York, New York
November 2, 2026

Stewart d. Aaron
______________________________
STEWART D. AARON
United States Magistrate Judge